**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MARTINA HOWELL, et al.,

                              Petitioner,                         25 **CIVIL** 2916 (JAV)

         -against-                                  **JUDGMENT**

THE STATE OF NEW YORK,

                             Respondent.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 12, 2026, the Court has denied the petition for a writ of habeas corpus without prejudice. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The removed criminal cases are remanded to City Court of Middletown New York; accordingly, the case is closed.

**DATED:** New York, New York
           May 21, 2026

                                    **TAMMI M. HELLWIG**

                                        _____
                                          **Clerk of Court**

                   **BY:**           K. mango

                                       _____
                                          **Deputy Clerk**